IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA SCHULTZ | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 06-cv-15708 DPH-RSW |
| | ) |
| PRUDENTIAL FINANCIAL, | ) |
| a/k/a THE PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Sharon Boelio (P25867) | Daniel J. McMahon (IL 6201590) |
| Ronald E. Kaplovitz (P36889) | Cinthia G. Motley (IL 6280676) |
| Kaplovitz & Associates, P.C. | WILSON, ELSER, MOSKOWITZ, |
| 2057 Orchard Lake Road | EDELMAN & DICKER LLP |
| Sylvan Lake, MI 48320 | 120 North LaSalle Street, Suite 2600 |
| Telephone: (248) 333-3666 | Chicago, Illinois 60602 |
| | Tel: 312-704-0550 |

## ORDER OF DISMISSAL

Based on the stipulation of the Parties,

IT IS ORDERED THAT:

All matters in controversy having been fully settled and compromised between the Parties, this action is dismissed with prejudice and without recovery of costs or attorneys' fees,

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 9, 2007                                             S/ DENISE PAGE HOOD
                                                                               Honorable Denise Page Hood

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 9, 2007, by electronic and/or ordinary mail.

                                                                               s/William F. Lewis
                                                                               Case Manager